UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JAVONTAE WRIGHT,
individually and on behalf of
all others similarly situated,

      Plaintiff,

v.                      Case No.: 8:20-cv-985-T-33CPT

AR RESOURCES, INC.,
PREMIUM ASSET RECOVERY CORP.,
and JOHN DOES 1-25,

      Defendants.

_____/

**ORDER**

This matter comes before the Court pursuant to Defendant Premium Asset Recovery Corporation's Motion to Dismiss the Amended Complaint (Doc. # 45), filed on August 21, 2020, and Defendant AR Resources, Inc.'s Motion to Dismiss the Amended Complaint (Doc. # 46), filed on August 28, 2021. Plaintiff Javontae Wright responded to both Motions on September 25, 2020. (Doc. ## 54, 55).

Upon consideration, the Court finds it appropriate to set these Motions for oral argument. The parties should be prepared to discuss the issues raised in the Motions as well as Plaintiff's responses.

Additionally, the parties should be prepared to discuss the issue of standing. The Eleventh Circuit recently addressed standing in the context of a Fair Debt Collection Practices Act case in Trichell v. Midland Credit Mgmt., Inc., 964 F.3d 990 (11th Cir. 2020). In Trichell, the Eleventh Circuit found that both plaintiffs lacked standing because neither "suffered an injury in fact when they received allegedly misleading communications that did not mislead them." Id. at 1005. The Eleventh Circuit held that by

> jettisoning the bedrock elements of reliance and damages, the plaintiffs assert claims with no relationship to harms traditionally remediable in American or English courts. This cuts against Article III standing, for the purpose of that doctrine is to confine courts to their "traditional role.

Id. at 998.

The parties should attend the hearing prepared to discuss the issue of whether the reasoning of the Eleventh Circuit is applicable to the current case.

Accordingly, it is now

**ORDERED, ADJUDGED,** and **DECREED:**

The Clerk is directed to schedule a hearing on Defendants' Motions to Dismiss (Doc. ## 45, 46) for November 9, 2020, at 10:00 AM.

**DONE** and **ORDERED** in Chambers, in Tampa, Florida, this

<u>3rd</u> day of November, 2020.

VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE